UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 14-14161 |
|---|---|---|
| Kenneth A. Delaney | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY AND CO-DEBTOR STAY AND ALLOWING COSTS OF COLLECTION

At Chicago, Illinois, this 28th day of May, 2014, before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing upon the motion of Ally Financial, to modify the automatic stay of 11 U.S.C. §362 and §1301; due notice being served on the parties in interest; the Court having jurisdiction and being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that the automatic stay of 11 U.S.C. §362 and §1301 be, and hereby is, modified, as to Ally Financial, so as to allow it to take possession of one 2012 DODGE AVENGER, VIN 1C3CDZAB6CN244012, and enforce its rights against the security and non-filing co-debtor, Kendall Delaney, in accordance with applicable non-bankruptcy law, state law and the agreement dated May 5, 2012.

IT IS FURTHER ORDERED that Ally Financial shall be allowed attorney fees of $500.00 and costs in the amount of $176.00 pursuant to Illinois State law, the retail installment contract dated May 5, 2012, for the 2012 DODGE AVENGER, VIN 1C3CDZAB6CN244012 and in compliance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure without further notice of hearing. That Ally Financial shall be allowed to add the allowed attorney fees of $500.00 and costs of $176.00 to its proof of claim.

FURTHER, the Court finds that Federal Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is non-applicable and thus Ally Financial may immediately enforce and implement this Order.

Enter:   *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: May 28, 2014

**Prepared by:**

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick
P.O. Box 351
Mundelein, Illinois 60060
847/949-5290