## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case Number 14-14161 |
| KENNETH A. DELANEY, | ) Judge Jack B. Schmetterer |
| | ) Hearing: 7/2/2014 at 11:00 am |
| | ) |
| Debtor. | ) |

### OBJECTION TO CONFIRMATION

Now comes Great American Finance by and through its attorney, Clay Mosberg, and objects to the confirmation of the Chapter 13 plan filed by Kenneth Delaney, based upon the following:

1. That on June 2, 2013, Kenneth Delaney, the Debtor, purchased from Harlem Furniture certain furniture at a cost of $1,748.39 plus financing charges.

2. That Harlem Furniture Co retained a purchase money security interest in the goods purchased as per the retail installment contract executed by the Debtor.

3. The retail contract was then assigned to Great American Finance.

4. There is a balance owing to Great American Finance the sum of $1061.46..

5. Great American Finance filed a secured claim in this case for the sum of $1,068.00 secured.

6. That the plan proposed by the Debtor proposes to pay Great American Finance as an unsecured claim.

7. That pursuant to Sec. 1325(a)(9) of the Bankruptcy Code, Great American Finance is entitled to its balance as the purchase was made within one year of the filing of the Chapter 13 case, and is also entitled to adequate protection in the form of a monthly payment equal to the depreciation value of its collateral, and to a reasonable interest rate.

8. That the plan is not proposed in good faith as required pursuant to Sec. 1325 of the Bankruptcy Code, as the Debtor does not plan to pay this secured claim the fair market value of

the security in adequate monthly payments.

                                                GREAT AMERICAN FINANCE

                                                By: /s/ CLAY MOSBERG

Clay Mosberg
1954 Woodland
Arlington Heights, IL.  60004
847-222-1180
ARDC NO. 1972316